IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: RICHARD A. SAXTON ) CASE NO. 14-51119
)
) CHAPTER 13
)
) JUDGE HOFFMAN

NOTICE OF CHANGE OF ADDRESS

Now comes the Debtors, by and through Counsel, and hereby notify the court of A change of Address for Debtor Richard A. Saxton.

    3095 Remington Ridge Road
    Columbus, OH 43232

    /s/ Karen E. Hamilton, #0064808
    Attorney for Debtors
    31 E. Whittier Street
    Columbus, Ohio 43206
    (614) 443-7920
    (614) 443-7922 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th of March 2015, a copy of the Debtor's Change of Address was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses with the Court:

1. Office of the U. S. Trustee
   *Served Electronically

2. Faye D. English, Chapter 13 Trustee
   *Served Electronically

/s/ Karen E. Hamilton, #0064808
Attorney for Debtors
31 E. Whittier St.
Columbus, Ohio 43206
(614) 443-7920
(614) 443-7922 fax