IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: RICHARD SAXTON           ) CASE NO.  14-51119
                                )
                                ) CHAPTER 13
                                )
                                ) JUDGE CALDWELL

NOTICE OF CHANGE OF ADDRESS

Now comes the Debtors, by and through Counsel, and hereby notify the court of A change of mailing Address for Debtor Richard Saxton.

      8389 Piney Orch
      Blacklick, OH 43004

      /s/ Karen E. Hamilton, #0064808
      Attorney for Debtors
      31 E. Whittier Street
      Columbus, Ohio 43206
      (614) 443-7920
      (614) 443-7922 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd of October 2015, a copy of the Debtor's Change of mailing Address was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses with the Court:

1. Office of the U. S. Trustee
   *Served Electronically

2. Faye D. English, Chapter 13 Trustee
   *Served Electronically


/s/ Karen E. Hamilton, #0064808
Attorney for Debtors
31 E. Whittier St.
Columbus, Ohio 43206
(614) 443-7920
(614) 443-7922 fax