IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  RICHARD A. SAXTON           )   CASE NO.  14-51119
                                    )
                                    )   CHAPTER 13
                                    )
                                    )   JUDGE CALDWELL

NOTICE OF CHANGE OF ADDRESS

    Now comes the Debtors, by and through Counsel, and hereby notify the court of A change of mailing Address for Debtor Richard A. Saxton.

    3095 Remington Ridge Road
    Columbus, OH 43232


    /s/ Karen E. Hamilton, #0064808
    Attorney for Debtors
    31 E. Whittier Street
    Columbus, Ohio 43206
    (614) 443-7920
    (614) 443-7922 fax

## CERTIFICATE OF SERVICE

I hereby certify that, a copy of the Debtor's Change of mailing Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

And by ordinary U.S. Mail on January 10, 2017 addressed to:

Richard A. Saxton
3095 Remington Ridge Road
Columbus, OH 43232

/s/ Karen E. Hamilton, #0064808
Attorney for Debtors
31 E. Whittier St.
Columbus, Ohio 43206
(614) 443-7920
(614) 443-7922 fax